AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED '09 DEC 04 15:52 USDC-ORE

United States of America
v.
RANDALL BLAIR JOHNSON

)
)
)
)
)

Case No. 09-60163-AA

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RANDALL BLAIR JOHNSON   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
26 U.S.C. 7201 Evasion of Taxes; 26 U.S.C. 7203 Failure to File a Tax Return

Date: 11/19/09

*Issuing officer's signature*

City and state:   Eugene, Oregon

U.S. Magistrate Judge Thomas M. Coffin
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/19/2009, and the person was arrested on *(date)* 12/01/2009 at *(city and state)* the US Courthouse/Eugene, Or. |
| Date: 12/01/2009 |
| *Arresting officer's signature* |
| James A. Betita |
| *Printed name and title* Deputy |